JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Rosie Dunne, | ) | CASE NO. SACV 11-1215-JST (MLGx) |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| Wells Fargo Bank, et al., | ) | |
| Defendants. | ) | |

On October 31, 2011, the Court granted Motions to Dismiss filed by Defendant LPS Agency Sales and Posting, Inc. and by Wells Fargo Bank, NA, Golden West Savings Association Co., and Jennifer Spear. (Docs. 22, 23.) The Court noted that any amended complaint must be filed by November 21, 2011, or the matter would be deemed dismissed with prejudice as those Defendants. (*Id.*) On January 11, 2012, the Court granted a Motion to Dismiss filed by NDeX West, LLC, Ric Juarez, Josie R. Molina, Carlie Fisher, and Gregory Peck, and noted any amended complaint must be filed no later than January 31, 2012, or the matter would be deemed dismissed with prejudice as to those Defendants. (Doc. 36.) No amended complaint was ever filed.

On February 8, 2012, the Court issued an Order dismissing the entire action with prejudice because the Court had received notification on November 16, 2011, and

1  January 12, 2012, that mail addressed to *pro se* Plaintiff was returned as undeliverable,
2  and because Plaintiff had failed to respond to an Order to Show Cause re: failure to
3  prosecute as to the remaining defendant.  (Doc. 40.)  Accordingly,

   IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED:  February 17, 2012

JOSEPHINE STATON TUCKER
United States District Judge

2